# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **MARCELLA M. SMITH** )<br>**LARRY D. SMITH** )<br>   )<br>   **Plaintiffs** )<br>   )<br>vs.   )<br>   )<br>**ACE AMERICAN INSURANCE COMPANY** )<br>**ASSOCIATED WHOLESALE GROCERS, INC.** )<br>**NATIONAL LIABILITY AND FIRE INSURANCE CO.** )<br>**G.D. TRANSPORT, INC.** )<br>**DONALD L. CREED** )<br>**RAJEEV SHARMA** )<br>**ERIN ALF** )<br>   )<br>   **Defendants** ) | Case No. 4:10-cv-523-JHP-FHM |

## FED.R.CIV.P. 41(A) JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW jointly the Parties to this action, Plaintiffs, Marcella M. Smith and Larry D. Smith, and Defendants, Associated Wholesale Grocers, Inc., G. D. Transport, Inc., Donald L. Creed, Rajeev Sharma, and Erin Alf, and in accordance with Fed. R. Civ. P. 41(a) hereby stipulate that the above-styled lawsuit should be dismissed with prejudice to any re-filing.

Respectfully submitted,

/s/ Darrell E. Williams
KATHRYN A. HERWIG, OBA #13839
DARRELL E. WILLIAMS, OBA #9640
5416 S. Yale, Suite 600
Tulsa, Oklahoma 74135
(918) 496-9200 Telephone
(918) 496-3851 Facsimile
kaherwig@wrdhlaw.com

*Attorneys for Plaintiffs*
*Marcella M. Smith and Larry D. Smith*
(Signed by filing attorney with permission of non-filing attorney)

  /s/ Charles H. Moody
CHARLES H. MOODY, OBA NO. 17237
GRANT A. FITZ, OBA NO. 19806
JOHN D. BOGATKO, OBA NO. 19410
Rodolf & Todd
2000 Mid-Continent Tower
401 South Boston Avenue
Tulsa, Oklahoma 74103
(918) 295-2100  Telephone
(918) 295-7800  Facsimile
cmoody@rodolftodd.com
gfitz@rodolftodd.com
jbogatko@rodolftodd.com

*Attorneys for Defendant,*
*Donald Creed*
(Signed by filing attorney with permission of non-filing attorney)


  /s/ Cristi L. Bullard
GERALD P. GREEN, OBA NO. 03563
CRISTI L. BULLARD, OBA NO. 21616
Pierce, Couch, Hendrickson
Baysinger & Green, L.L.P.
Post Office Box 26350
Oklahoma City, Oklahoma 73126
Telephone: (405) 235-1611
Facsimile: (405) 235-2904
jgreen@piercecouch.com
cbullard@piercecouch.com

*Attorneys for Defendant,*
*G.D. Transport, Inc.*
(Signed by filing attorney with permission of non-filing attorney)

3

  /s/ David C. Senger
ROBERT COFFEY, OBA NO. 14628
DAVID SENGER, OBA NO. 18830
Coffey, Gudgel & Mcdaniel
4725 East 91st Street, Suite 100
Tulsa, Oklahoma  74137
(918) 292-8787  Telephone
(918) 292-8788  Facsimile
robert@cgmlawok.com
david@cgmlawok.com

*Attorneys for Defendants,*
*Associated Wholesale Grocers, Inc.*

## CERTIFICATE OF MAILING

I hereby certify that on the 20th day of April, 2011, a true and correct copy of the above and foregoing instrument was sent electronically to:

david@cgmlawok.com
crystal@cgmlawok.com
patrick@cgmlawok.com
amy@cgmlawok.com
robert@cgmlawok.com
Lindsey@cgmlawok.com
reception@cgmlawok.com
steve@cgmlawok.com
jbogatko@rodolftodd.com
johnbogatko@hotmail.com
jpaddock@rodolftodd.com
richardbrucelaw@aol.com
noland@nolandlaw.net
cmoody@rodolftodd.com
gfritz@rodolftodd.com
cbullard@piercecouch.com
cgorden@piercecouch.com
jgreen@piercecouch.com
lauren@cgmlawok.com
alena@cgmlawok.com
lindsey@cgmlawok.com
pwwwandres@gmail.com

/s/ David C. Senger
David C. Senger